Filed: February 17, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-4198
(7:10-cr-00632-HMH-1)

_____

UNITED STATES OF AMERICA

            Plaintiff - Appellee

v.

ARTHUR ROGERS

            Defendant - Appellant

_____

NOTICE OF APPELLATE CASE OPENING

_____

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Spartanburg |
| Originating Court Case Number | 7:10-cr-00632-HMH-1 |
| Date notice of appeal filed in originating court | 02/16/2011 |
| Appellant(s) | Arthur C. Rogers |
| Appellate Case Number | 11-4198 |
| Case Manager | Michael Radday<br>804-916-2702 |

The above-captioned case has been opened in this Court.